## JOHN FISHER v. SARAH ROWLAND.

Court of Common Pleas. Sussex. November 19, 1798.

*Wilson's Red Book, 221.*

*Bayard* and *Wilson* for defendant. *Vining* and *Ridgely* for plaintiff.

Evidence. That defendant's servants and team removed part of a division fence that was between the plantations of plaintiff and defendant, and to which they respectively possessed.

Defendant's counsel moved for a nonsuit on the grounds that the fence was personal property of which the plaintiff and defendant were both in possession at the time of trespass committed, and that trespass will not lie by one tenant in common against another.

PER CURIAM. BASSETT, C. J. We will not determine your point in such a hurry. You have at your election to demur to the evidence, or, if you agree among yourselves, you may state the case and reserve it, taking the verdict conditionally.

Defendant's counsel did not choose to demur. Plaintiff's counsel went on with additional evidence etc. The cause submitted without argument.

Verdict for plaintiff. Rule to show cause, which was given upon the merits.